IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EARL DIEHL,

    Petitioner,

v.

BRIAN FOSTER, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-518-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Earl Diehl for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

| /s/ | 9/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |