U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EARL DIEHL,
 PETITIONER

V.                              CASE NO. 13-CV-518-bbc

BRIAN FOSTER,
 RESPONDENT,

## NOTICE OF APPEAL

EARL DIEHL, PETITIONER HEREBY GIVES NOTICE OF APPEAL OF THIS COURTS ORDER DISMISSING A WRIT OF HABEAS CORPUS DATED 9-18-2013.

WHILE IT HAS BEEN MORE THAN 30 DAYS SINCE THIS COURTS ORDER OF 9-18-2013, DIEHL RESPECTFULLY ASSERTS THAT HE DID NOT RECIEVE SAID ORDER UNTIL 5-23-2014 WHERE AFTER DIEHL DEALT WITH THE 7TH CIRCUIT COURT, AND EVENTUALLY FILED A MOTION FOR RECONSIDERATION IN THIS COURT 8-1-2014, WHICH THIS COURT DENIED ON 9-16-2014. BASED ON THIS, DIEHL RESPECTFULLY ASKS THIS COURT TO ALLOW AN APPEAL TO GO FORWARD.

SEPTEMBER 30, 2014   RESPECTFULLY SUBMITTED,

CC GREGORY M. WEBER                EARL L. DIEHL

EARL DIEHL 231129
DODGE CORRECTIONAL INSTITUTE
PO BOX 700
WAUPUN, WI 53963

9-30-14

RE: DIEHL V. FOSTER   13-CV-518-bbc

DEAR CLERK,

ENCLOSED FOR FILING IS A NOTICE OF APPEAL.
THE RESPONDENT WAS SERVED A COPY.

RESPECTFULLY,

EARL L. DIEHL

EARL DIEHL 231129
DODGE CORRECTIONAL INSTITUTE
P.O. BOX 700
WAUPUN, WI 53963

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 NORTH HENRY ST. RM. 320
MADISON, WI 53703